THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE G. DINSMORE, Respondent, *v.* H. FREMONT VANDEWATER et al., Individually and as Members of the Town Board of the Town of Hyde Park et al., Appellants.

*People ex rel. Dinsmore* v. *Vandewater*, 83 App. Div. 60, appeal dismissed. (Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 25, 1903, which affirmed an order of Special Term denying a motion to quash a writ of certiorari.

The motion was made upon the ground that the order appealed from was not appealable to the Court of Appeals.

*Edgerton L. Winthrop, Jr.*, for motion.

*Harry C. Barker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.